UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTEN CAFFYN,

    Plaintiff,

v.                                                          Case No: 8:20-cv-1097-CEH-AAS

LIFETIME FAMILY URGENT
CARE, LLC,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 26). In accord with the Joint Stipulation for Dismissal With Prejudice, it is

**ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 26).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 15, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record